**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 95-30706
Summary Calendar

DORIS SMALL,

Plaintiff-Appellant,

versus

DAVID RAMSEY, Secretary of
Department of Health & Hospitals,
d/b/a Natchitoches Mental Health
Clinic,

Defendant-Appellee.

Appeal from the United States District Court
For the Western District of Louisiana
(92-CV-1820)

January 30, 1996

Before POLITZ, Chief Judge, SMITH and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Doris A. Small appeals an adverse judgment following a bench trial of her employment-discrimination action under Title VII, 42 U.S.C. § 2000e *et seq.* She contends that: (1) the district court made an erroneous evidentiary ruling, (2) the evidence was insufficient to support the verdict, and (3) the defendant should not have been awarded the costs of court. Our review of the briefs and pertinent parts of the record discloses no reversible error. Accordingly, we AFFIRM.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.